# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

TRICIA McKERLIE                                                                                    PLAINTIFF
ADC #709191

V.                                          NO: 1:10CV00030 SWW

CORRECTIONAL MEDICAL
SERVICES, INC. *et al.*                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion to dismiss filed by Correctional Medical Services, Inc. (docket entry #10) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE with respect to her claims against Correctional Medical Services, Inc., and DISMISSED WITH PREJUDICE with respect to her claims against the State of Arkansas, and the University of Arkansas for Medical Sciences.

DATED this 22nd day of July, 2010.

                                        /s/Susan Webber Wright
                                    UNITED STATES DISTRICT JUDGE