**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

TRICIA McKERLIE                                                                                          PLAINTIFF
ADC #709191

V.                                            NO: 1:10CV00030 SWW

CORRECTIONAL MEDICAL
SERVICES, INC. *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to Plaintiff's claims against Correctional Medical Services, Inc., and with prejudice with respect to her claims against the State of Arkansas, and the University of Arkansas for Medical Sciences; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of July, 2010.

      /s/Susan Webber Wright
      UNITED STATES DISTRICT JUDGE